**Cleven Lewis ROBERSON,
Plaintiff–Appellant,**

v.

**John E. POTTER, U.S. Government,
PMG–CEO, Defendant–
Appellee.**

No. 02–1332.

United States Court of Appeals,
Fourth Circuit.

Submitted June 19, 2002.

Decided July 24, 2002.

Cleven Lewis Roberson, Appellant Pro Se.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

**PER CURIAM.**

Cleven Lewis Roberson appeals the district court's order dismissing his action under the Freedom of Information Act and Privacy Act for failure to exhaust administrative remedies. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Roberson v. Potter,* No. CA–02–822–MJG (D.Md. Mar. 21, 2002). We deny Roberson's motion for default judgment and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*